IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00033-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL JERMAINE McDOWELL, | ) | |
| Defendant. | ) | |

This matter is before the court on Michael Jermaine McDowell's Motion to Unseal Plea Agreement [DE-74]. In his motion, McDowell requests that his plea agreement be unsealed and that he be provided with a copy. Pursuant to Amended Standing Order No. 09-SO-02[1], the court will not send a copy of a plea agreement to an inmate. The public may have access to filed plea agreements at the public terminal in the Clerk's office, subject to existing rules regarding these access methods. In light of the foregoing, McDowell's Motion to Unseal Plea Agreement [DE-74] is DENIED.

SO ORDERED.

This, the 3d day of May, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] The Clerk is DIRECTED to send McDowell a copy of Amended Standing Order No. 09-SO-02.