IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00033-F-1
No. 5:16-CV-00364-F

| | |
|---|---|
| MICHAEL JERMAINE McDOWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Having examined Petitioner's motion [DE-78] pursuant to Rule 4(b) of the Rules

Governing Section 2255 Proceedings, the United States Attorney is DIRECTED to file an

Answer pursuant to Rule 5, Rules Governing Section 2255 Proceedings, or to make such other

response as appropriate to the above-captioned Motion Under § 2255 to Vacate, Set Aside, or

Correct Sentence within **forty (40)** days of the filing of this order.

SO ORDERED.

This _10_ day of June, 2016.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE